IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO: 7:23-CR-65 WLS-TQL-17 |
| | : |
| ROSA LEE SIMMONS, | : |
| | : |
| **Defendant.** | : |
| _____ | : |

## **ORDER**

      Previously, the Court provided the Parties with notice that this case was scheduled for pretrial conference on Wednesday, September 13, 2023, at 3:00 p.m. and for trial on Monday, October 9, 2023 (Doc. 258). In the event the case is not ready for trial, the Parties were ordered to file a motion to continue at least two days prior to the date of the noticed pretrial conference. (*Id.*) The Defendant, Rosa Lee Simmons, filed a timely Unopposed Motion to Continue (Doc. 270) ("Motion"). Defendant's first appearance occurred on August 17, 2023. Defense Counsel did not indicate whether she has received discovery.[1] Defense Counsel requests a continuance to allow her time to investigate the case and provide Ms. Simmons with effective assistance of counsel, including consulting directly with Ms. Simmons to review discovery, file appropriate motions as requested by client, and pursue a pretrial resolution of this matter, if appropriate. Defense Counsel represents that she conferred with Government's Counsel, who does not oppose the Motion. She further states that the ends of justice require the continuance and requests that the period of continuance be excluded from under the Speedy Trial Act 18 U.S.C. § 3161.

      The Court notes that Defendant requested a continuance to the Court's next regularly scheduled Valdosta trial term—which would be November 2023. However, based on Defense Counsel's statements regarding the status of this case and the Government's pending Amended Motion for Protective Order with respect to discovery (Doc. 267), the Court finds

---

[1] The Court notes that the Government has a pending Amended Motion for Protective Order with respect to discovery (Doc. 267). Defendants' responses, if any, to the motion are due on or before September 5, 2023 (Doc. 231).

that a continuance to its February 2024 Valdosta term of Court will best serve the ends of justice.

Accordingly, based on the Defendant's stated reasons and the pending motion for protective order, the Court finds that a continuance is required for Defense Counsel to effectively prepare for trial. The Court further finds the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 270) is **GRANTED**.

The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division February 2024 term and its conclusion, or as may otherwise be ordered by the Court.  In the event either Defense Counsel or Government's Counsel believe the case will be ready for trial during the November 2023 Valdosta term of Court, they shall immediately file the appropriate motions to set this case for the November 2023 term of Court.

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, through the Court's February 2024 trial term, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance (a) would likely result in a miscarriage of justice, and (b) would deny Defense Counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

The September 13, 2023 pretrial conference is **CANCELLED**.

**SO ORDERED**, this 29th day of August 2023.

> /s/ W. Louis Sands
> **W. LOUIS SANDS, SR. JUDGE**
> **UNITED STATES DISTRICT COURT**