GAM 35
(Rev. 2/06)

Report and Order Terminating Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  7:23-CR-00065-017 (WLS) |
| **ROSA LEE SIMMONS** | |

On October 24, 2024, Rosa Simmons was sentenced to three months of imprisonment (credit time served) followed by three years on supervised release for the offense of Conspiracy to Distribute Controlled Substances in violation of 21 U.S.C. § 846 i/c/w 21 U.S.C. §§ 841 (a)(1) and (b)(1)(C). On October 31, 2024, the term of supervision commenced and is scheduled to expire on October 30, 2027.

Rosa Lee Simmons has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Rosa Lee Simmons be discharged from supervision.

Respectfully submitted,

*Megan A. Howdeshell*

Megan A. Howdeshell
U.S. Probation Officer Assistant

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___2nd___ day of ___June___, 2026.

*W. Louis Sands*

W. LOUIS SANDS
SENIOR U.S. DISTRICT JUDGE